UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-0437-SEB-TAB |
| | ) | |
| DUKE ENERGY INDIANA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CASE MANAGEMENT PLAN ORDER**

\_\_\_\_\_X\_\_\_\_  PARTIES APPEARED BY COUNSEL ON MARCH 17, 2009, FOR A PRETRIAL CONFERENCE.

_____  APPROVED AS SUBMITTED.

\_\_\_\_\_X\_\_\_\_  APPROVED AS AMENDED.  [DOCKET NO. 42.]

_____  APPROVED AS AMENDED PER SEPARATE ORDER.

_____  APPROVED, BUT ALL OF THE FOREGOING DEADLINES ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____  APPROVED, BUT THE DEADLINES SET IN SECTION(S) _____ OF THE PLAN IS/ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____  THIS MATTER IS SET FOR TRIAL BY _____ ON _____ _____.  FINAL PRETRIAL CONFERENCE IS SCHEDULED FOR _____ AT _____ .M., ROOM _____.

\_\_\_\_\_**X**\_\_\_\_  **A STATUS CONFERENCE IS SET IN THIS CASE FOR AUGUST 20, 2009, AT 10 A.M.  COUNSEL SHALL APPEAR:**

_____ IN PERSON IN ROOM _____; OR

_____ BY TELEPHONE, WITH COUNSEL FOR _____

           INITIATING THE CALL TO ALL OTHER PARTIES AND ADDING THE COURT JUDGE AT (317) 229-3660.

          __  X__  **BY TELEPHONE, WITH COUNSEL CALLING THE JUDGE'S STAFF AT (317) 229-3660.**

__  X__  DISPOSITIVE MOTIONS SHALL BE FILED NO LATER THAN JUNE 10, 2010.

The Case Management Plan is amended as follows: Defendants shall disclose the name, address, and vita of all expert witnesses, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) within **60 days** after Plaintiff serves its expert witness disclosure; or if none, Defendants shall make their expert disclosure no later than April 10, 2010. However, if Defendants use expert witness testimony at the summary judgment stage, such disclosures must be made no later than 60 days prior to the summary judgment deadline.

The purpose of the August 20, 2009, telephonic status conference is to address case status and settlement.

Upon approval, this Plan constitutes an Order of the Court. Failure to comply with an Order of the Court may result in sanctions for contempt, or as provided under Rule 16(f), to and including dismissal or default.

_03/30/2009_____
Date

                             _____
                             Tim A. Baker
                             United States Magistrate Judge
                             Southern District of Indiana

Copies to:

Scott R. Alexander
TAFT STETTINIUS & HOLLISTER LLP
salexander@taftlaw.com

David C. Bender
GARVEY MCNEIL MCGILLIVRAY, S.C.
bender@gmmattorneys.com

Jayna Morse Cacioppo
TAFT STETTINIUS & HOLLISTER LLP
jcacioppo@taftlaw.com

Robert R. Clark
TAFT STETTINIUS & HOLLISTER LLP
rclark@taftlaw.com

Julie L. Ezell
DUKE ENERGY LEGAL DEPARTMENT
julie.ezell@duke-energy.com

Christa Westerberg
GARVEY MCNEIL MCGILLIVRAY, S.C.
westerberg@gmmattorneys.com