UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-0437-SEB-TAB |
| | ) | |
| DUKE ENERGY INDIANA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON AUGUST 20, 2009, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel August 20, 2009, for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters.

**This cause is set for a telephonic status conference at 9:30 a.m. on January 14, 2010.** Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660. The purpose of this conference is to address settlement and case status. Plaintiff shall serve an updated settlement demand fifteen days prior to the conference. Defendant shall serve an updated response seven days thereafter. The parties shall submit (not file) courtesy copies of the demand/response to the Magistrate Judge at the time of service.

Dated:  08/21/2009

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Scott R. Alexander
TAFT STETTINIUS & HOLLISTER LLP
salexander@taftlaw.com

David C. Bender
MCGILLIVRAY WESTERBERG & BENDER LLC
bender@mwbattorneys.com

Jayna Morse Cacioppo
TAFT STETTINIUS & HOLLISTER LLP
jcacioppo@taftlaw.com

Robert R. Clark
TAFT STETTINIUS & HOLLISTER LLP
rclark@taftlaw.com

Julie L. Ezell
DUKE ENERGY LEGAL DEPARTMENT
julie.ezell@duke-energy.com

Robert Ukeiley
LAW OFFICE OF ROBERT UKEILEY
rukeiley@igc.org

Christa Westerberg
McGILLIVRAY WESTERBERG & BENDER LLC
westerberg@mwbattorneys.com