IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SIERRA CLUB, | ) |
|                 Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:08-cv-0437-SEB-TAB ) |
| DUKE ENERGY INDIANA, INC., CINERGY CORP., CINERGY PSI, INC., PSI ENERGY, INC., CINERGY POWER GENERATION SERVICES, LLC, | ) ) ) ) ) ) ) |
|                 Defendants. | ) |

**JOINT MOTION TO STAY PROCEEDINGS AND
VACATE PRETRIAL DEADLINES PENDING
RULINGS ON SUMMARY JUDGMENT MOTIONS**

The parties jointly, by counsel, respectfully request that the Court stay these proceedings, with exceptions noted below, and vacate the pretrial deadlines pending the Court's rulings on the parties' summary judgment motions for the following reasons:

1. Three summary judgment motions are currently fully-briefed and awaiting the Court's ruling, as follows:

    a. Plaintiff Sierra Club's motion for partial summary judgment on the burden of proof on "routine maintenance, repair and replacement," filed August 21, 2009 (Doc. # 60);

    b. Plaintiff Sierra Club's motion for partial summary judgment on emissions tests, filed August 30, 2009 (Doc. # 64); and

  c. Defendants' motion for summary judgment on all of Plaintiff's claims based on the statute of limitations and other timeliness issues, filed October 20, 2009 (Doc. # 70).

 2. The Court's rulings on these summary judgment motions will significantly affect discovery, expert witness issues, and preparation for trial.  If the Court grants Defendants' motion for summary judgment, the case will be over.  If the Court partially grants that motion or either or both of Sierra Club's motions, this will have a substantial impact on the subsequent conduct of the litigation.

 3. The parties wish to avoid spending time and resources on discovery, expert issues, additional dispositive motions, and other pretrial matters that may turn out to be unnecessary depending on how the Court rules on the pending summary judgment motions.

 4. Accordingly, the parties jointly request that, with the exceptions noted below, the Court stay these proceedings and vacate the existing pretrial deadlines pending the Court's rulings on the pending summary judgment motions.

 5. Plaintiff Sierra Club is planning to seek leave to file a Second Amended Complaint.  The requested stay would not preclude Sierra Club from seeking this leave, would not preclude Defendants from responding to Sierra Club's motion for leave, and would not preclude Sierra Club from filing a reply in support of its motion for leave.  If leave is granted and Sierra Club's Second Amended Complaint affects the issues raised in Defendants' Motion for Summary Judgment (Doc. # 70), Defendants would be permitted, if necessary, to supplement their summary judgment briefs on the statute of limitations and related timeliness issues.

 6. The parties anticipate that the requested stay will not affect the January 10, 2011 trial date.

7. Consistent with the above-requested stay, the parties request that the following existing case management plan deadlines be vacated:

|   |   |   |
|---|---|---|
| a. | Plaintiff's expert disclosures | February 10, 2010 |
| b. | Defendants' expert disclosures | April 10, 2010 |
| c. | Final witness and exhibit lists | May 10, 2010 |
| d. | Dispositive motions | June 10, 2010 |
| e. | Non-expert discovery | June 10, 2010 |
| f. | Expert discovery | June 10, 2010 |

8. If the Court's summary judgment rulings do not dispose of the entire case, the parties request that a status conference be set promptly after the Court's rulings on the summary judgment motions to reset these pretrial deadlines. Either party may request a status conference if the Court rules on fewer than all the pending summary judgment motions.

9. If the Court's summary judgment rulings do not dispose of the entire case, the parties would be permitted to file dispositive motions immediately after the Court's rulings, even before the status conference. Either party would be permitted to take discovery as necessary to respond to a newly-filed summary judgment motion, and the parties will cooperate in the prompt scheduling of such discovery, including depositions, if necessary, to allow for such discovery and depositions before any response in opposition is due.

WHEREFORE, the parties jointly request that the Court stay proceedings in this action except for the specific proceedings described above and vacate the existing pretrial deadlines pending the Court's rulings on the three pending summary judgment motions.

Respectfully submitted,

_____
Robert R. Clark, No. 3488-49
Scott R. Alexander, No. 16345-49
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699


  s/David C. Bender
_____
David C. Bender
Christa Westerberg
McGillivray Westerberg & Bender
305 S. Paterson Street
Madison, WI  53703
Telephone:  (608) 256-1003
Facsimile:  (608) 256-0933


   /s Robert Ukeiley
_____
Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY  40403
Telephone:  (859) 986-5402
Facsimile:  (866) 618-1017

1176567