IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:08-cv-0437-SEB-TAB |
| ) | |
| DUKE ENERGY INDIANA, INC., ) | |
| CINERGY CORP., ) | |
| CINERGY PSI, INC., ) | |
| PSI ENERGY, INC., ) | |
| CINERGY POWER GENERATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING JOINT MOTION TO STAY
PROCEEDINGS AND VACATE PRETRIAL DEADLINES**

The parties jointly, by counsel, have moved the Court to stay pretrial proceedings, with certain exceptions, and vacate the existing pretrial deadlines pending the Court's rulings on the parties' summary judgment motions. Being sufficiently advised, the Court hereby GRANTS the parties' joint motion and ORDERS as follows:

1. Pending the Court's rulings on Plaintiff Sierra Club's motion for partial summary judgment on the burden of proof on "routine maintenance, repair and replacement," filed August 21, 2009 (Doc. # 60); Plaintiff Sierra Club's motion for partial summary judgment on emissions tests, filed August 30, 2009 (Doc. # 64); and Defendants' motion for summary judgment on all of Plaintiff's claims based on the statute of limitations and other timeliness issues, filed October 20, 2009 (Doc. # 70), all proceedings in this action are stayed except for:

   a. Plaintiff Sierra Club's motion for leave to file a Second Amended Complaint;

    b.    Defendants' response to Plaintiff Sierra Club's motion for leave to file a Second Amended Complaint;

    c.    Sierra Club's reply in support of its motion for leave; and

    d.    If leave is granted and Plaintiff's Second Amended Complaint affects the issues raised in Defendants' Motion for Summary Judgment (Doc. # 70), Defendants may, if necessary, supplement their summary judgment briefs on the statute of limitations and related timeliness issues.

2.    The following deadlines in the case management plan are hereby VACATED:

| | | |
|---|---|---|
| a. | Plaintiff's expert disclosures | February 10, 2010 |
| b. | Defendants' expert disclosures | April 10, 2010 |
| c. | Final witness and exhibit lists | May 10, 2010 |
| d. | Dispositive motions | June 10, 2010 |
| e. | Non-expert discovery | June 10, 2010 |
| f. | Expert discovery | June 10, 2010 |

3.    If the Court's summary judgment rulings do not dispose of the entire case, a status conference shall be set promptly after the Court's rulings on the pending summary judgment motions to reset the above listed-deadlines. Either party may request a status conference if the Court rules on fewer than all the pending summary judgment motions.

4.    If the Court's summary judgment rulings do not dispose of the entire case, either party may file dispositive motions immediately after the Court's rulings, even before the status conference. Either party is permitted to take discovery as necessary to respond to a newly-filed summary judgment motion, and the parties shall cooperate in the prompt scheduling of such

discovery, including depositions, if necessary, to allow for such discovery and depositions before any response in opposition is due.

    5.    Trial of this action remains set for January 10, 2011.

DATE: 02/01/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

COPIES TO:

Robert R. Clark
Scott R. Alexander
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204

Julie L. Ezell
Duke Energy
1000 East Main Street
Plainfield, IN  46168-1782

David C. Bender
Christa Westerberg
McGillivray Westerberg & Bender
305 S. Paterson Street
Madison, WI  53703

Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY  40403

1176687

3