IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SIERRA CLUB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:08-cv-0437-SEB-TAB |
| | ) |
| DUKE ENERGY INDIANA, INC., | ) |
| CINERGY CORP., | ) |
| CINERGY PSI, INC., | ) |
| PSI ENERGY, INC., | ) |
| CINERGY POWER GENERATION | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## DUKE'S UNOPPOSED RESPONSE TO SIERRA CLUB'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Duke Energy, Indiana, Inc., et al. ("Duke"), by counsel, hereby submits its

Unopposed Response to Sierra Club's Motion for Leave to File a Second Amended

Complaint.

1.      Sierra Club seeks leave to file a Second Amended Complaint which adds

three new projects ("New Projects") but omits six projects ("Withdrawn Projects")[1] that

are present in its First Amended Complaint.

---

[1] The Withdrawn Claims were identified in Sierra Club's First Amended Compliant as follows:
- Project 2:  Retubing feedwater heaters;
- Project 3:  Retubing condensers;
- Project 5:  Reconverting Unit 6 to coal firing;
- Project 6:  Rebuilding No. 8 turbine prior to January 1, 2003; and
- Projects 8 and 9:  Replacement of burners and combustion controls

2.      Duke does not object to Sierra Club's request for leave to file a Second

Amended Complaint, provided that the Withdrawn Projects are dismissed with prejudice

in conjunction with the filing of the Second Amended Complaint.

3.      Counsel for Sierra Club has agreed to the dismissal of the Withdrawn

Projects with prejudice for purposes of this federal case, provided that leave to file its

Second Amended Complaint is granted.

4.      As a result of this Agreement, Duke submits the attached proposed Order

that provides that Sierra Club's motion for leave to file its Second Amended Complaint is

granted, provided that Sierra Club's Withdrawn Projects are dismissed with prejudice in

conjunction with the filing of the Second Amended Complaint.

Respectfully submitted,


/s/ Scott R. Alexander_____
Robert R. Clark, No. 3488-49
Scott R. Alexander, No. 16345-49
John D. Papageorge, No. 16484-45


Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699

Julie L. Ezell
Duke Energy
1000 East Main Street
Plainfield, IN  46168-1782

# **Certificate of Service**

I hereby certify that on the 29th day of April, 2010, a copy of the foregoing was sent by U.S. Mail, postage prepaid, to:


David C. Bender
McGillivray Westerberg & Bender
305 S. Paterson Street
Madison, WI  53703
E-mail:  bender@mwbattorneys.com

Christa Westerberg
McGillivray Westerberg & Bender
305 S. Paterson Street
Madison, WI  53703
E-mail:  westerberg@mwbattorneys.com

Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY  40403
E-mail:  rukeiley@igc.org



                              /s/ Scott R. Alexander_____



1224296v2