**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:08-cv-00437-SEB-TAB |
| | ) | |
| DUKE ENERGY INDIANA, INC., et al. | ) | Cause: 893 (Environmental) |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING SIERRA CLUB'S MOTION FOR LEAVE TO
FILE ITS SECOND AMENDED COMPLAINT**

Sierra Club, having filed its Motion for Leave to File Its Second Amended

Complaint, and the Court being duly advised on the bases therefore, the Motion is hereby

GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that Sierra Club shall

file its Second Amended Complaint within 14 days.

DATED:   05/14/2010

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

David C. Bender
Christa Westerberg
McGillivray Westerberg & Bender LLC
305 S. Paterson Street
bender@mwbattorneys.com
westerberg@mwbattorneys.com

Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Ste. 1
Berea, KY 40403
rukeiley@igc.org

Robert R. Clark
Scott R. Alexander
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
rclark@taftlaw.com, docket@taftlaw.com, salexander@taftlaw.com,
malexander@taftlaw.com

Julie L. Ezell
Julie L. Ezell
Duke Energy
1000 East Main Street
Plainfield, IN 46168-1782
julie.ezell@duke-energy.com